FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
RICHARD F. BOULWARE
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577 (Voice)
(702) 388-6261 (Fax)

Attorneys for Defendant,
SCOTT JONES

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SCOTT JONES,<br><br>  Defendant. | 2:09-CR-288-KJD-RJJ<br><br>**UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Defendant, Scott Jones, moves this Court for a modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145. This motion seeks permission for Mr. Jones to attend the funeral of his niece in Pahrump, Nevada on July 2, 2010.

Mr. Jones was arrested for possession of child pornography in violation of 18 U.S.C. § 2252A. He was brought before this Court on September 16, 2010. He was released pursuant to the following conditions:

(a) report to Pretrial Services,

(b) maintain or actively seek employment,

(c) not travel outside of Clark County,

(d) submit to drug testing as directed by Pretrial Services

(e) refrain from being in the presence of anyone using/possessing alcohol,

(f) submit to electronic monitoring,

(g) maintain his current residence.

1 | Since his release approximately three months ago, Mr. Jones has been in compliance with the
2 | conditions of his pretrial release.
3 |      Mr. Jones now seeks permission to temporarily modify his conditions of pretrial
4 | release to allow him to travel to Pahrump to attend his niece's funeral on July 2, 2010.  Pretrial
5 | Services does not oppose this temporary modification.  The government also does not oppose this
6 | temporary modification.  Mr. Jones, thus, requests that this Court allow him to travel to Pahrump
7 | to attend his niece's funeral.
8 |      DATED this 1st day of July, 2010.

FRANNY A. FORSMAN
Federal Public Defender

/s/ Richard F. Boulware
_____
RICHARD F. BOULWARE
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SCOTT JONES,<br><br>                Defendant. | 2:09-CR-288-KJD-RJJ<br><br>**ORDER TO TEMPORARILY MODIFY<br>CONDITIONS OF PRETRIAL RELEASE** |

      Defendant, Scott Jones, having moved this Court for modification of his conditions of pretrial release pursuant to 18 U.S.C. §3145 and Pretrial Services and the Government having consented to a modification of the conditions of pretrial release,

      IT IS HEREBY ORDERED THAT Defendant Scott Jones will be permitted to travel to Pahrump, Nevada to attend his niece's funeral on July 2, 2010.

      IT IS FURTHER ORDERED THAT, prior to traveling, Mr. Jones must provide the details and itinerary of his travel to Pretrial Services.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 1, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the FEDERAL PUBLIC DEFENDER, and that on the 1st day of July, 2010, I did send via electronic filing, the foregoing **UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** to:

> DANIEL BOGDEN
> United States Attorney
> NANCY J. KOPPE
> Assistant United States Attorney

/s/ Claudia Lopez
_____
Claudia Lopez, an Employee of the Law Office of the Federal Public Defender

O:\TRIAL UNIT\RFB\Clients\JONES, Scott\Pleadings\Mot To Modfiy Pretrial Conditions 6-30-10.wpd