# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT JONES,

    Defendant.

Case No. 2:09-CR-00288-KJD-RJJ

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#54) of Magistrate Judge Robert J. Johnston entered April 13, 2011, recommending that Defendant's Motion to Suppress (#24) be denied as to his 2005 statement. Further, the Magistrate Judge recommended that Defendant's Motion to Suppress be denied as to the 2005 search pursuant to the search warrant. Finally, the Magistrate Judge recommended that Defendant's Motion to Suppress be granted as to Defendant's 2007 statement. Objections to the Magistrate Judge's Report and Recommendation were filed by the Government (#56), and by Defendant SCOTT JONES (#57) pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada. The Government filed a response in opposition (#58) to Defendant's objections.

1  The Court has conducted a *de novo* review of the record in this case in accordance with 28
2  U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation
3  (#54) of the United States Magistrate Judge entered April 13, 2011, should be **ADOPTED** and
4  **AFFIRMED**.
5  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendations
6  (#54) entered April 13, 2011, are **ADOPTED** and **AFFIRMED**.
7  DATED this 7th day of July 2011.

_____
Kent J. Dawson
United States District Judge