UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )
        vs.                     )   Case No.: 2:09-cr-0288-KJD-RJJ
                                )
SCOTT JONES,                    )
                                )
                 Defendant.     )
_____)

## ORDER FOR RELEASE OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on August 27, 2018 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on August 28, 2018.

**DATED** this _____ day of August, 2018.

_____
Kent J. Dawson, U.S. District Judge
United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendants.
I authorize_____ to retrieve *Plaintiff's/Defendant's* exhibits.
                    (name)                                           (circle one)

Dated:_____     _____
                            Signature of counsel

Plaintiff's exhibits received by: _____ Date:_____
Defendant's exhibits received by: _____ Date:_____

Page 1 of 1